JKB/cic/525881                                                          5259-2-51

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| TECH-NI-FOLD LTD., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 09 CV 4824 |
| | ) |
| UPDATE, LTD., et al., | ) Judge Kapala |
| | ) |
|     Defendants. | ) Magistrate Judge Mahoney |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(ii), and pursuant to a settlement agreement involving parties to this case, all of the parties to this action, through their respective counsel, stipulate to the dismissal of this action with prejudice and without costs.

| | |
|---|---|
| TECH-NI-FOLD LTD. | UPDATE, LTD. and D&R BINDERY SOLUTIONS, INC. |
| | |
| By: /s/David G. Hanson | By:/ s/James K. Borcia |
|     One of Its Attorneys |     One of Their Attorneys |
| | |
| David G. Hanson | Tressler LLP |
| Reinhart Boerner Van Deuren s.c. | 233 South Wacker Drive, 22nd Floor |
| 1000 North Water Street, Suite 1700 | Chicago, IL 60606-6308 |
| Milwaukee, WI 53202 | (312) 627-4000 |
| | |
| | Of Counsel: |
| | Frederick W. Niebuhr (MN State Bar ID No. 0079054) |
| | Eric O. Haugen (MN State Bar ID No. 189807) |
| | Haugen Law Firm PLLP |
| | 121 South Eighth Street, Suite 1130 |
| | Minneapolis, MN 55402 |
| | (612) 339-8300 |